*J. R. Whitaker,* contra.

---

## 18134.   UPCHURCH v. WHITE.

LUKE, J.   Where title to a tract of land is conveyed by warranty deed, and possession of the land is delivered to the grantee, and several years thereafter an unsuccessful attempt is made to evict the grantee from the premises, a suit by the grantee will not lie against the grantor to recover attorney's fees, surveyor's fees, etc.   A petition which made only such a case was subject to general demurrer.   See *Joyner* v. *Smith,* 132 *Ga.* 779 (65 S. E. 68); *Gragg* v. *Richardson,* 25 *Ga.* 566 (71 Am. D. 190); *Smith* v. *Williams,* 117 *Ga.* 783 (45 S. E. 394, 97 Am. St. R. 220); *Taylor* v. *Allen,* 131 *Ga.* 416 (4).

*Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*

DECIDED JULY 14, 1927.

Complaint; from Campbell superior court—Judge Hutcheson. April 12, 1927.

*Frank G. Grizzard, H. F. Sharp,* for plaintiff.

*Lawrence S. Camp,* for defendant.

Covenants, 15 C. J. p. 1304, n. 2.